**UNITED STATES of America v. Lulu A. PRATHER, as Administratrix of the Estate of Joseph H. Pierson, Deceased.**

**No. 514.**

Circuit Court of Appeals, Tenth Circuit.

July 20, 1931.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellant.

Goldman & Daley, of Kansas City, Mo., for appellee.

Before LEWIS and McDERMOTT, Circuit Judges.

**PER CURIAM.**

Appeal dismissed, on motion of appellant.

**UNITED STATES, Plaintiff-Appellee, v. James J. QUINLIVIAN, Defendant-Appellant.**

**No. 297.**

Circuit Court of Appeals, Second Circuit.

Feb. 2, 1932.

Sidney S. Meyers and James D. C. Murray, both of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (Thomas E. Dewey and Barent Ten Eyck, Asst. U. S. Attys., both of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

**PER CURIAM.**

Judgment affirmed in open court.

**UNITED STATES of America v. Donna TOWLE, Trustee and Prochein Ami of Edward A. Towle, a Convict.**

**No. 515.**

Circuit Court of Appeals, Tenth Circuit.

July 20, 1931.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellant.

Goldman & Daley, of Kansas City, Mo., for appellee.

Before LEWIS and McDERMOTT, Circuit Judges.

**PER CURIAM.**

Appeal dismissed, on motion of appellant.

**UNITED STATES, Plaintiff-Appellee, v. Richard ULICH, Defendant-Appellant.**

**No. 217.**

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1932.

Louis Halle, of New York City (Milton R. Kroopf, of New York City, on the brief), for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg and Emanuel Bublick, Asst. U. S. Atty., both of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

**PER CURIAM.**

Judgment affirmed in open court.